

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00548-CR

Jose Carlos **ARRIAGA MUNOZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court At Law No. 2, Guadalupe County, Texas
Trial Court No. CCL-23-0157
Honorable Kirsten Legore, Judge Presiding

PER CURIAM

Sitting:      Liza A. Rodriguez, Justice
               Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice

Delivered and Filed: November 27, 2024

MOTION TO DISMISS GRANTED, APPEAL DISMISSED

Appellant has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.2(a). We grant

the motion and dismiss this appeal. *See id*.

PER CURIAM

DO NOT PUBLISH